MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

RODNEY C. VILLAZOR (NYBN 4003596)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, CA 94612
   Telephone: (510) 637-3689
   Fax: (510) 637-3724
   E-mail: rodney.villazor@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND BRANCH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. MJ 12-71312 MAG |
| Plaintiff, ) ) | |
| v. ) ) | STIPULATION AND [PROPOSED] ORDER TO SET PRELIMINARY |
| JOHN LEE COBB, ) ) | HEARING OR ARRAIGNMENT ON FEBRUARY 4, 2013 |
| Defendant. ) ) | |

     The above-captioned matter was previously set on January 4, 2013 before Magistrate Judge Kandis A. Westmore for a preliminary hearing or arraignment. The parties request that this Court set this matter for a preliminary hearing or arraignment on February 4, 2013 at 9:30 a.m., and that the Court exclude time under the Speedy Trial Act between January 2, 2013 and February 4, 2013. The parties stipulate that the time is excludable from the time limitations of the Speedy Trial Act because the interests of justice are served by granting a continuance, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

STIPULATION AND EXCLUSION OF TIME
MJ 12-71312 MAG

1

Such continuance is required because the government will be producing discovery, and defense counsel needs time to review the discovery and, in addition, research legal and factual issues. This continuance will allow the reasonable time necessary for effective preparation taking into account the exercise of due diligence.

As such, the parties respectfully request that the time between January 2, 2013 and February 4, 2013 be excluded under U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: January 2, 2013                Respectfully submitted,

MELINDA HAAG
United States Attorney

   /s/
RODNEY C. VILLAZOR
Assistant United States Attorney

   /s/
JOYCE LEAVITT
Attorney for John Lee Cobb

## ORDER

Based on the reason provided in the stipulation of the parties above, the Court hereby FINDS that for adequate preparation of the case by all parties, and in the interest of justice, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), an exclusion of time is warranted under the Speedy Trial Act. Based on these findings, IT IS HEREBY ORDERED THAT the hearing is continued until February 4, 2013 at 9:30 a.m. before the Magistrate Court, and time is excluded until February 4, 2013.

**IT IS SO ORDERED.**

DATED: 1/2/13

KANDIS A. WESTMORE
United States Magistrate Judge